UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:10-CR-111-TAV-CCS |
| | ) | |
| JEFFERY IVAN SIMPSON, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

This matter came before the undersigned for a preliminary hearing pursuant to Federal Rule of Criminal Procedure 32.1 on December 16, 2015. Assistant United States Attorney Tracy Stone appeared on behalf of the Government. Attorney Jonathan Moffatt appeared on behalf of the Defendant, who was also present.

The Court conducted an evidentiary hearing at which time United States Probation Officer Kim Williams was the sole witness for the Government. Ms. Williams testified that while on supervised release, the Defendant committed two state crimes in violation of the conditions of his release. Specifically, Ms. Williams testified that the Defendant was arrested on December 4, 2015, on warrants issued by Knox County General Sessions Court charging him with aggravated assault by strangulation and theft less than $500.00. The Government introduced seven exhibits into the hearing, which included photos of the victim's injuries, the General Sessions Complaint, an Order of Protection filed by the victim, and a written statement given to Ms. Williams from the victim regarding the circumstances of the assault and theft. The Defendant did not call any witnesses or introduce any evidence.

1

Based upon the testimony and evidence presented at the December 16 preliminary hearing, the Court finds probable cause to believe that the Defendant violated the conditions of his supervised release by committing two state crimes, as set forth more fully in the Petition for Warrant for Offender Under Supervision [Doc. 14].

Accordingly, it is **ORDERED** that the Defendant appear to answer before the District Court.

**IT IS SO ORDERED.**

ENTER:

<u>    s/ C. Clifford Shirley, Jr.</u>
United States Magistrate Judge